No. 89–1080. BOARD OF EDUCATION OF OKLAHOMA CITY PUBLIC SCHOOLS, INDEPENDENT SCHOOL DISTRICT NO. 89, OKLAHOMA COUNTY, OKLAHOMA v. DOWELL ET AL. C. A. 10th Cir. Certiorari granted.

No. 89–1215. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, ET AL. v. JOHNSON CONTROLS, INC. C. A. 7th Cir. Certiorari granted.

No. 89–1283. ARCADIA, OHIO, ET AL. v. OHIO POWER CO. ET AL. C. A. D. C. Cir. Certiorari granted.

No. 89–839. ARIZONA v. FULMINANTE. Sup. Ct. Ariz. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari granted.

No. 89–1027. NORFOLK & WESTERN RAILWAY CO. ET AL. v. AMERICAN TRAIN DISPATCHERS' ASSN. ET AL.; and

No. 89–1028. CSX TRANSPORTATION, INC. v. BROTHERHOOD OF RAILWAY CARMEN ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 89–5900. RUST v. GUNTER ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted.

No. 89–593. LIBERTY MUTUAL INSURANCE CO. ET AL. v. COMMISSIONER OF REVENUE OF MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 89–686. NEVINS ET AL. v. HOOPA VALLEY TRIBE ET AL.; and

No. 89–890. HOOPA VALLEY TRIBE ET AL. v. NEVINS ET AL. C. A. 9th Cir. Certiorari denied.